IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BUD LEE KING, | ) | |
|---|---|---|
| Petitioner, | ) | 8:15CV346 |
| V. | ) | |
| BRIAN GAGE, Warden, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the petitioner's motion for leave to appeal in forma pauperis (filing no. 20) is granted.

DATED this 21st day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge